UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JANET HODGIN and<br>ANNE-MARIE NEWBOLD,<br><br>          Plaintiffs,<br><br>vs.<br><br>PARKER WAICHMAN, LLP, *et al.*,<br><br>          Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:14-CV-00733-DJH<br>)<br>)  *Electronically Filed*<br>)<br>)<br>) |

**Agreed Order**
**(1) Extending Time For Defendant, Parker Waichman, LLP,**
**To Respond To Plaintiffs' Remaining Claims; and**
**(2) Setting Aside Scheduling Order Of**
<u>**The U.S. District Court For The Western District Of Washington**</u>

On account of the entry by the U.S. District Court for the Western District Of Washington at Seattle of the Order [*DK 11*] dismissing the claims of Plaintiff, Janet Hodgin, and transferring the matter to the U.S. District Court for the Western District of Kentucky at Louisville, the remaining parties, Plaintiff, Anne-Marie Newbold ("Newbold" or "Plaintiff"), and the Defendant, Parker Waichman, LLP ("PW" or "Defendant"), by and through their respective counsel, hereby stipulate to the following, subject to the approval of the Court,

    1.    PW shall have until January 9, 2014, to serve its answer or other response to the claims of Plaintiff, Newbold, alleged in Plaintiff's "Class Action Complaint For Damages And Injunctive Relief" [*DK 1*]; and

    2.    The "Order Regarding Initial Disclosures, Joint Status Report, And Early Settlement" entered by the U.S. District Court for the Western District Of Washington at Seattle [*DK 5*] and the "Rule 16(b) And Rule 23(d)(2) Scheduling Order Regarding Class Certification Motion" [*DK 7*] are

both set aside.

       Approved and entered this:_____.

AGREED AND APPROVED FOR ENTRY:

| | |
|---|---|
| _/s/ John E. Spainhour (*with permission*)___ | _/s/ M. Thurman Senn_____ |
| John E. Spainhour | M. Thurman Senn |
| jspainhour@gsatty.net | mts@morganandpottinger.com |
| GIVHAN & SPAINHOUR, P.S.C | MORGAN & POTTINGER, P.S.C. |
| 200 S. Buckman Street, Suite One | 601 W. Main Street |
| Shepherdsville, KY  40165 | Louisville, KY  40202 |
| Tel. (502) 543-2218 | Tel. (502) 589-2780 |
| Fax (502) 955-7000 | Fax (502) 585-3498 |
| *Co-Counsel for Plaintiff, Anne-Marie Newbold* | *Co-Counsel for Defendant, Parker Waichman, LLC* |

## Certificate of Service

     I certify that on December 18, 2014, I electronically filed this document through the Court's ECF system, which will send a notice of electronic filing to all counsel designated to receive electronic notice in this case.

                       __/s/ M. Thurman Senn_____
                       M. THURMAN SENN