IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

| | | |
|---|---|---|
| JANET HODGIN and ANNE-MARIE NEWBOLD, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:14-cv-00733-DJH |
| PARKER WAICHMAN LLP and JOHN DOES 1-10, | ) ) ) ) | Motion to Strike |
| Defendants. | ) | |

## PARKER WAICHMAN LLP'S MOTION TO STRIKE CERTAIN ALLEGATIONS IN PLAINTIFFS' COMPLAINT

Defendant, Parker Waichman LLP ("Parker Waichman"), by its counsel, Corinne C. Heggie and M. Thurman Senn, move this Court pursuant to Federal Rule of Civil Procedure 12(f) to strike certain allegation in Plaintiffs' Complaint and in support thereof, state as follows:

1. On September 3, 2014, Janet Hodgin ("Hodgin") and Anne-Marie Newbold ("Newbold") filed a putative class action complaint against Parker Waichman in the Western District of Washington for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. ("TCPA"), the Washington Automatic Dialing and Announcing Device Act, RCW 80.36.400, *et seq*. ("WADAD") and the Washington Consumer Protection Act, RCW 19.86, *et seq*. ("WCPA").

2. It is alleged that Hodgin is a Washington resident. It is alleged that Newbold is a Kentucky resident.

3. Defendant filed an affidavit that it had no contact with Hodgin and did not contact or attempt to contact directly or indirectly anyone with the name Hodgin in the United States. On November 3, 2014, the parties filed a joint stipulation of partial dismissal of Hodgin's claims without prejudice and to transfer venue to the Western District of Kentucky where allegedly Newbold resides.

4. Defendant moves to strike Hodgin from the caption as a named Plaintiff and to strike all allegations, counts and prayers for relief relating to Hodgin individually and as a class representative, including all allegations, counts and prayers for relief relating to the claims of Hodgin's under WADAD and WCPA for the following reasons:

    a. The parties stipulated that the allegations, counts and prayers for relief relating to Hodgin would be dismissed;

    b. Newbold does not have standing to assert claims under either the WADAD or the WCPA against Defendant.

    c. The WADAD and WCPA claims are immaterial and concern subject matter not related to Newbold's claims against Defendant and thus could prejudice Defendant and confuse the issues to be litigated and ultimately decided by the Court if not stricken from the Complaint.

6. Defendant requests an award for its reasonable attorney's fees and costs from plaintiff for the time incurred to research and draft this motion as well as additional time spent therein. *See Edwards v. Walter Jones Constr. Co.*, 208 F.3d 213 (6th Cir. 2000).

7. Defendant's arguments are set forth in more detail its Memorandum of Law filed contemporaneously with this Motion. A proposed order is submitted with Defendant's pleading.

WHEREFORE, Defendant, Parker Waichman LLP, respectfully requests this Court grant its motion and enter an order striking Plaintiff Janet Hodgin from the caption and striking the following allegations, counts and prayers for relief relating to Plaintiff Janet Hodgin, both individually and as a putative class representative of the alleged Washington State Class and the National Cell Phone Class, including the claims under WADAD and/or the WCPA in Paragraphs 1.3, 2.1-2.3, Paragraphs 4.1-4.2, 4.8, Paragraphs 5.1-5.3 in Count V, Paragraphs 6.1-6.4 in Count VI, Paragraphs 9.2 (Washington State Class and Hodgin as National Cell Phone Class), 9.4-9.6, 9.8 in Count IX and Paragraphs B, E (as to the WADAD), F, G in the Prayer for Relief granting an award for Defendant's reasonable attorney's fees and costs incurred for the research and drafting of this motion and any other relief that is equitable and just.

Respectfully submitted,

By: _s/ Corinne C. Heggie_
Corinne C. Heggie
One of the Attorneys for Defendant,
Parker Waichman LLP

Corinne C. Heggie (IL #6276412)
*Pro Hac Vice*
Hinshaw & Culbertson LLP
222 No. LaSalle St., Ste. 300
Chicago, IL 60601
312-704-3000
cheggie@hinshawlaw.com

M. Thurman Senn (KBA #82343)
Morgan & Pottinger, P.S.C.
601 West Main Street
Louisville, KY  40202
502-560-6750
mts@morganandpottinger.com

## CERTIFICATE OF SERVICE

I, Corinne C. Heggie, an attorney, hereby certify that on January 14, 2015, I served a copy of the **Motion to Strike Certain Allegations in Plaintiffs' Complaint** and **Memorandum in Support of Its Motion to Strike Certain Allegations in Plaintiff's Complaint** via e-mail and U.S. Mail to the following parties:

Kim Williams
Roblin J. Williamson
Williamson & Williams
936 N. 34th St., Ste. 300
Seattle, WA 98103
kim@williamslaw.com
roblin@williamslaw.com

John E. Spainhour
Givhan & Spainhour, PSC
200 S. Buckman St., Ste. One
Shepherdsville, KY 40165
jspainhour@gsatty.net

                                                _____
                                                Corinne C. Heggie

Corinne C. Heggie
Hinshaw & Culbertson LLP
222 No. LaSalle St., Ste. 300
Chicago, IL 60601
cheggie@hinshawlaw.com