# EXHIBIT A

130974431v1 A0525

Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JANET HODGIN and ANNE-MARIE NEWBOLD,<br><br>Plaintiffs,<br><br>vs.<br><br>PARKER WAICHMAN LLP and JOHN DOES 1-10,<br><br>Defendants. | No. 14-cv-1358 JLR<br><br>DECLARATION OF JERROLD S. PARKER |

Jerrold S. Parker declares under penalty of perjury under the laws of the state of Washington that the following is true and correct and based upon my own personal knowledge as a named partner with Parker Waichman LLP.

1. I have personal knowledge of the clients contacted and represented by our firm and I have performed a thorough search of our records.

2. Based upon my personal knowledge and a search of our records, I can affirmatively state that our firm has had no contact with Janet Hodgin, the plaintiff herein. We have no record of this individual in our files.

3. During the timeframe that Janet Hodgin alleges she was contacted as set forth in the complaint in this action, our firm did not contract or attempt to contact, directly or indirectly, anyone named Janet Hodgin anywhere in the United States.

DECLARATION OF JERROLD S. PARKER - 1
14-cv-1358 JLR
Declaration.doc

LEE•SMART
P.S., Inc. • Pacific Northwest Law Offices
1800 One Convention Place • 701 Pike Street • Seattle • WA • 98101-3929
Tel. 206.624.7990 • Toll Free 877.624.7990 • Fax 206.624.5944


EXECUTED this 8th day of October, 2014 at Bonita Springs, Florida

By: _/s/ Jerrold S. Parker_____
    Jerrold S. Parker

DECLARATION OF JERROLD S. PARKER - 2
14-cv-1358 JLR
Declaration.doc

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individual(s):

| | |
|---|---|
| Kim Williams | Kim@williamslaw.com |
| Rob Williamson | Rob@williamslaw.com |
| Beth E. Terrell | Bterrell@tmdwlaw.com |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

DATED this 10th day of October, 2014, at Seattle, Washington.

/s/ Susan M. Munn
Susan M. Munn, Legal Assistant
sm@leesmart.com

DECLARATION OF JERROLD S. PARKER - 3
14-cv-1358 JLR
Declaration.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944