UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ANNE-MARIE NEWBOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 3:14-CV-00733-DJH |
| ) | |
| PARKER WAICHMAN, LLP, *et al.*, ) | *Electronically Filed* |
| ) | |
| Defendants. ) | |
| ) | |

**Agreed Order Extending Time For Defendant, Parker Waichman, LLP,
To Respond To Plaintiffs' First Amended Complaint [DK#39], Remanding Parker
Waichman's Motion To Strike [DK#37], And Extending Time
<u>For Parker Waichman To Respond To Plaintiff's First Set Of Discovery</u>**

Plaintiff, Anne-Marie Newbold ("Newbold" or "Plaintiff"), and the Defendant, Parker Waichman, LLP ("PW" or "Defendant"), by and through their respective counsel, hereby stipulate to the following, subject to the approval of the Court,

1. PW shall have until February 13, 2015, to serve its responsive pleading to the claims alleged in Plaintiff's First Amended Class Action Complaint For Damages And Injunctive Relief (the "First Amended Complaint") [DK#39]; and

2. PW's Motion To Strike Certain Allegations In Plaintiffs' Complaint [DK#37] is remanded as moot on account of the filing of the First Amended Complaint; and

3. PW shall have until February 20, 2015, to serve its objections, answers or responses, motion for protective order, or other response to the "Plaintiff's First Set Of Requests For Production Propounded To Defendant" and "Plaintiff's First Set Of Interrogatories Propounded To Defendant."

AGREED AND APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ Roblin J. Williamson *(with permission)* | /s/ Corinne C. Heggie |
| Roblin J. Williamson | Corinne C. Heggie |
| roblin@williamslaw.com | cheggie@hinslaw.com |
| WILLIAMSON & WILLIAMS | David M. Schultz |
| 936 N. 34th Street, Suite 300 | dschultz@hinslaw.com |
| Seattle, WA 98103 | HINSHAW & CULBERTSON LLP |
| Tel. (206) 466-6230 | 222 N. LaSalle Street, Suite 300 |
| Fax (206) 535-7899 | Chicago, IL 60601-1081 |
| *Co-Counsel for Plaintiff, Anne-Marie Newbold* | Tel. (312) 704-3000 |
| | Fax (312) 704-3001 |
| John E. Spainhour | *Co-Counsel for Defendant, Parker Waichman, LLP* |
| jspainhour@gsatty.net | |
| GIVHAN & SPAINHOUR, P.S.C | M. Thurman Senn |
| 200 S. Buckman Street, Suite One | mts@morganandpottinger.com |
| Shepherdsville, KY 40165 | MORGAN & POTTINGER, P.S.C. |
| Tel. (502) 543-2218 | 601 W. Main Street |
| Fax (502) 955-7000 | Louisville, KY 40202 |
| *Co-Counsel for Plaintiff, Anne-Marie Newbold* | Tel. (502) 589-2780 |
| | Fax (502) 585-3498 |
| | *Co-Counsel for Defendant, Parker Waichman, LLP* |

February 3, 2015

**David J. Hale, Judge**
**United States District Court**