IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

| | |
|---|---|
| ANNE-MARIE NEWBOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-00733-DJH |
| ) | |
| PARKER WAICHMAN LLP and JOHN DOES ) | Motion to Dismiss and to Strike |
| 1-10, ) | |
| Defendants. ) | |

**MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) AND TO STRIKE "NATIONAL DO NOT CALL CLASS" PURSUANT TO RULE 12(f)**

Defendant, Parker Waichman LLP ("PW"), by its counsel, David M. Schultz, Corinne C. Heggie and M. Thurman Senn, moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to Dismiss Plaintiff's First Amended Complaint and pursuant to Federal Rule of Civil Procedure Rule 12(f) to Strike the "National Do Not Call Class," and in support thereof, states:

1. On January 16, 2015, Plaintiff filed her First Amended Complaint. *See* Dkt. #39.

2. Plaintiff alleges claims against PW for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. §227, *et seq.* ("TCPA"). Plaintiff alleges her TCPA claims on behalf of two putative classes.

3. PW moves to dismiss Plaintiff's First Amended Complaint pursuant to Rule 12(b)(6) for the following reasons:

    a. Plaintiff does not allege PW made, initiated, generated, or authorized the alleged November, 2013 text messages or the April, 2013 cell phone calls;

  b. Plaintiff does not allege the cellphone number PW called in violation of §227(b)(1)(A) of the TCPA and she consented to the calls she alleged PW made to her cellphone;

  c. The established business relationship exception applies to Plaintiff's claim under §227(c) of the TCPA; and

  d. There is no private right of action for telephone solicitations to cell phone numbers registered with the national DNC registry under § 227(c) or 47 C.F.R. § 64.1200(c)(2).

  4. PW moves to strike the "National Do Not Call Class" pursuant to Rule 12(f) because it is an impermissible, fail-safe class and should be stricken.

  5. PW's arguments are set forth in more detail in its Memorandum of Law filed contemporaneously with this Motion. A proposed Order is submitted with Defendant's Memorandum of Law pursuant to Local Rule 7.1(e).

WHEREFORE, Defendant, Parker Waichman LLP, respectfully requests that this Court grant its Motion and enter an order dismissing Plaintiff's First Amended Complaint with prejudice and striking the "National Do Not Call Class."

            Respectfully submitted,

            By:*s/Corinne C. Heggie*
            Corinne C. Heggie
            One of the Attorneys for Defendant,
            Parker Waichman LLP

            Corinne C. Heggie (IL #6276412)
            *Pro Hac Vice*
            Hinshaw & Culbertson LLP
            222 No. LaSalle St., Ste. 300
            Chicago, IL 60601-1081
            312-704-3000
            cheggie@hinshawlaw.com

130995933v1 0966237

David M. Schultz (IL#619596)
*Pro Hac Vice*
Hinshaw & Culbertson LLP
222 No. LaSalle St., Ste. 300
Chicago, IL 60601-1081
312-704-3000
dschultz@hinshawlaw.com



M. Thurman Senn (KBA #82343)
Morgan & Pottinger, P.S.C.
601 W. Main Street
Louisville, KY 40202
502-560-6750
mts@morganandpottinger.com

130995933v1 0966237

## CERTIFICATE OF SERVICE

I, Corinne C. Heggie, an attorney, hereby certify that on February 13, 2015, I served **Defendant's Motion to Dismiss First Amended Complaint Pursuant to Rule 12(b)(6) and to Strike "National Do Not Call Class" Pursuant to Rule 12(f), Supporting Memorandum of Law, and Proposed Order** via electronic mail to the following parties:

Kim Williams
Roblin J. Williamson
Williamson & Williams
936 N. 34th St., Ste. 300
Seattle, WA 98103
kim@williamslaw.com
roblin@williamslaw.com

John E. Spainhour
Givhan & Spainhour, PSC
200 S. Buckman St., Ste. One
Shepherdsville, KY 40165
jspainhour@gsatty.net

                                               /s/Corinne C. Heggie
                                               Corinne C. Heggie

Corinne C. Heggie
Hinshaw & Culbertson LLP
222 No. LaSalle St., Ste. 300
Chicago, IL 60601
cheggie@hinshawlaw.com