IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

| | |
|---|---|
| ANNE-MARIE NEWBOLD,<br><br>  Plaintiff,<br><br>  v.<br><br>PARKER WAICHMAN LLP and JOHN DOES 1-10,<br><br>  Defendants. | Case No. 3:14-cv-00733-DJH<br>Proposed Order |

**PROPOSED ORDER ON PARKER WAICHMAN LLP'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(B)(6) AND TO STRIKE NATIONAL DO NOT CALL CLASS PURSUANT TO RULE 12(F)**

On review of Defendant Parker Waichman LLP's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Rule 12(b)(6) and to Strike the National Do Not Call Class Pursuant to Rule 12(f) and supporting Memorandum of Law (Dkt. #49 - #50), it is hereby ordered:

1. Defendant's Motion is granted;
2. The National Do Not Call Class is stricken; and
3. Plaintiff's First Amended Complaint is dismissed with prejudice.

So ordered on this day, _____, 2015.

For the Court:    _____

United States District Judge David J. Hale
Western District of Kentucky