# EXHIBIT A
# MEMORANDUM OF LAW
# NEWBOLD

**From:** ginalola@            [mailto:no-reply@weebly.com]
**Sent:** Thursday, November 28, 2013 2:17 PM
**To:** List Intake General
**Subject:** New Form Entry: Forever Green Yaz® , Yasmin® and Ocella® Campaign {Call Clients Immediately Upon Receipt}

You've just received a new submission to your Forever Green Yaz® , Yasmin® and Ocella® Campaign {Call Clients Immediately Upon Receipt}.

**Submitted Information:**

**Client Name**
gina lola

**Phone**
502-

**State They Reside?**
Kentucky

**Email**
ginalola@mail.com

**Relation to injured person?**
daughter

**Which birth control did you use? (Answer must be one of the 5 listed)**
Yaz

**Have you or a loved one suffered a Deep Vein Thrombosis, Pulmonary Embolism, Blood Clot, Death, Heart Attack or Stroke? (Answer should be YES)**
Yes

**When did you use the drug? (Answer should be Before April 2012)**
Before April 2012

**Have you retained an attorney about your injuries? (Answer should be NO)**
No

**Best Time to Call**
Afternoons

**Comments**
i was diagnosed with DVT i have been on YAZ for several years. Treated by Dr. Harris. Not contacted because today is Thanksgiving. Lead received 11/27/13. Email lead submittal only..

**How Client Was Confirmed**
Other (see comments)