IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

ANNE-MARIE NEWBOLD,                          )
                                             )
        Plaintiff,                     )
                                             )
    v.                                      )       Case No. 3:14-cv-00733-DJH
                                             )
PARKER WAICHMAN LLP and JOHN DOES            )       *Electronically Filed*
1-10,                                        )
        Defendants.                    )

## AGREED ORDER SETTING VARIOUS DEADLINES

Plaintiff, Anne-Marie Newbold, ("Ms. Newbold" or "Plaintiff"), and the Defendant, Parker Waichman LLP ("PW" or "Defendant"), by and through their respective counsel, hereby stipulate to the following, subject to the approval of the Court:

1.      PW shall have until and including March 2, 2015 to file its Motion for a Protective Order pursuant to F.R.C.P. 26(c); and,

2.      PW's objections, answers and/or responses to Plaintiff's First Set of Requests for Production Propounded to Defendant" (the "Plaintiff's First Production Request") and "Plaintiff's First Set of Interrogatories propounded to Defendant" shall be held in abeyance until the Motion for Protective Order is decided; provided however that PW shall produce documents requested in Plaintiff's First Production Request that concern Ms. Newbold on or before February 23, 2015, and serve a written response to Plaintiff's First Production Request so noting.

3.      Ms. Newbold shall have until and including March 9, 2015, to file her response to PW's "Motion to Dismiss and to Strike Plaintiff's First Amended Complaint" [DK#49].

AGREED AND APPROVED FOR ENTRY:


/s/ Roblin J. Williams (*with permission*)
Roblin J. Williamson
Kim Williams
WILLIAMSON & WILLIAMS
936 N. 34th St., Ste. 300
Seattle, WA 98103
Tel. (206) 466-6230
Fax (206) 535-7899
*Co-Counsel for Plaintiff,*
*Anne-Marie Newbold*

/s/Corinne C. Heggie
Corinne C. Heggie
cheggie@hinshawlaw.com
David M. Schultz
dschultz@hinshawlaw.com
HINSHAW & CULBERTSON LLP
222 No. LaSalle St., Ste. 300
Chicago, IL 60601-1081
Tel. (312) 704-3000
Fax (312) 704-3001
*Co-Counsel for Defendant,*
*Parker Waichman LLP*


/s/ John E. Spainhour (*with permission*)
John E. Spainhour
jspainhour@gsatty.net
GIVHAN & SPAINHOUR, P.S.C.
200 S. Buckman St., Suite One
Shepherdsville, KY 40165
Tel. (502) 543-2218
Fax (502) 955-7000
*Co-Counsel for Plaintiff,*
*Anne-Marie Newbold*

/s/ M. Thurman Senn (*with permission*)
M. Thurman Senn
mts@morganandpottinger.com
MORGAN & POTTINGER, P.S.C.
601 W. Main Street
Louisville, KY 40202
Tel. (502) 589-2780
Fax (502) 585-3498
*Co-Counsel for Defendant,*
*Parker Waichman LLP*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 20, 2015, I electronically filed this document through the Court's ECF system, which will send a notice of electronic filing to all counsel designated to receive electronic notice in this case.

<u>*/s/Corinne C. Heggie*</u>
Corinne C. Heggie