IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

| | | |
|---|---|---|
| ANNE-MARIE NEWBOLD, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-00733-DJH |
| | ) | |
| PARKER WAICHMAN LLP and JOHN DOES 1-10, | ) | *Electronically Filed* |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION OF DEFENDANT, PARKER WAICHMAN, LLP,
TO QUASH PLAINTIFF'S SUBPOENAS TO
POWERS MARKETING LLC [DK#58], CYBER CONTROLLER, INC. [DK#59],
AND MAXXIUM LEGAL CENTER [DK#60-61]**

Defendant, Parker Waichman LLP ("PW"), by counsel, moves the Court pursuant to FRCP 45(d)(3), to quash three subpoenas issued by Plaintiff, Anne-Marie Newbold ("Newbold") to Powers Marketing Group, LLC [*DK#58*], Cyber Controller, Inc. [*DK#59*], and Maxxium Legal Center [*DK#60-61*] and to award PW its costs and reasonable attorneys' fee in having to file this motion.

As explained more fully in its supporting memorandum, the three subpoenas should be quashed because:

1. They are contrary to Paragraph (A)(2) of the Discovery Plan [*DK#47*] filed with this Court on February 9, 2015.

2. The subpoenas are defective under FRCP 45(c)(2)(A) (and are required to be quashed by FRCP 45(d)(3)(A)(ii)) because they purport to command third parties who are located in Arizona and California to produce documents at the Shepherdsville, Kentucky offices of Plaintiff's local Kentucky counsel.

3. On March 13, 2015, Plaintiff's lead counsel advised that he "will stop service and write to each that we are withdrawing the subpoenas." However, when asked about the letter, counsel advised by an email on March 25, 2015, that "I don't recall promising I would send them."

4. Discovery should not proceed for the reasons set forth in PW's Motion to Stay Discovery, or, in the Alternative for a Protective Order [*DK#53*].

PW is also moving that the Court award it the reasonable costs and expenses, including attorneys' fees, of filing this motion as PW was advised in both the Discovery Plan and in emails from Plaintiff's counsel that these subpoenas would not be issued, and when issued, would be withdrawn.

WHEREFORE, Defendant, Parker Waichman LLP, respectfully requests this Court grant its Motion and enter an order quashing the three aforementioned subpoenas and awarding it costs and expenses, including reasonable attorneys' fees. A proposed order is tendered herewith.

Respectfully submitted,

By: s/ Corinne C. Heggie
Corinne C. Heggie
One of the Attorneys for Defendant,
Parker Waichman LLP

David M. Schultz (IL #6197596)
*Pro Hac Vice*
Corinne C. Heggie (IL #6276412)
*Pro Hac Vice*
Hinshaw & Culbertson LLP
222 No. LaSalle St., Ste. 300
Chicago, IL 60601
312-704-3000
dschultz@hinshawlaw.com
cheggie@hinshawlaw.com

M. Thurman Senn (KBA #82343)
Morgan & Pottinger, P.S.C.
601 West Main Street
Louisville, KY  40202
502-560-6750
mts@morganandpottinger.com

## CERTIFICATE OF SERVICE

On March 25, 2015, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel designated to receive electronic notice in this case.

/s/ Corinne C. Heggie
Counsel for Defendant, Parker Waichman LLP