UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ANNE-MARIE NEWBOLD,<br><br>                              Plaintiff,<br><br>vs.<br><br>PARKER WAICHMAN LLP and JOHN DOES 1-10,<br><br>                              Defendants. | Case No.  3:14-cv-00733 DJH<br><br>**[PROPOSED] ORDER ON DEFENDANT PARKER WAICHMAN'S MOTION TO STAY DISCOVERY OR, ALTERNATIVELY, FOR A PROTECTIVE ORDER PURSUANT TO RULE 26(C)** |

## [PROPOSED] ORDER

The Court has considered Defendant's Motion, the Opposition of Plaintiff, and Defendant's Reply. The Motion is denied in its entirety and Defendant is ordered to respond fully and without objection to Plaintiff's First Interrogatories and to produce all responsive documents, including Electronically Stored Information, within ten days of this order.

DATED: _____          _____
                                                                United States Magistrate Judge Dave Whalin

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who receive CM/ECF notification, and that the remaining parties shall be served in accordance with the Federal Rules of Civil Procedure.

Dated: March 26, 2015

                            WILLIAMSON & WILLIAMS

                            /s/ Rob Williamson
                            Rob Williamson, WSBA #11387
                            Email: roblin@williamslaw.com
                            2239 W. Viewmont Way W.
                            Seattle, WA  98199
                            Telephone: (206) 294-3085

                            *Attorneys for Plaintiff*