UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ANNE-MARIE NEWBOLD,<br><br>         Plaintiff,<br><br>vs.<br><br>PARKER WAICHMAN LLP and JOHN DOES 1-10,<br><br>         Defendants. | Case No. 3:14-cv-00733 DJH<br><br>DECLARATION OF ROB WILLIAMSON IN SUPPORT OF PLAINTIFF ANNE-MARIE NEWBOLD'S RESPONSE IN OPPOSITION TO MOTION TO STAY DISCOVERY OR ELSE OBTAIN A PROTECTIVE ORDER |

I, Rob Williamson, declare as follows:

1. I am one of the attorneys for the Plaintiff in this matter and have personal knowledge of the statements made herein.

2. Attached hereto as Exhibits A through Q are the following documents:

  A. Lead Purchase Agreement

  B. Subpoena to Forever Green Marketing

  C. Declaration of Records Custodian of Forever Green

  D. Form relating to A[1]

  E. Form relating to Plaintiff

  F. Form relating to B

  G. Form relating to C

  H. Form relating to D

  I. Form relating to E

---

[1] Exhibits D through I relate to six different persons and their last names (Except for Plaintiff) and e-mails and telephone numbers have been redacted.

1

    J.  Email of November 21, 2014

    K.  Email of December 6, 2014

    L.  Email of December 9, 2014

    M.  Email of November 11, 2-014

    N.  Email of November 21, 2014

    O.  Email of November 22, 2014

    P.  Email of November 22, 2013

    Q.  Plaintiff's First Interrogatories to Defendant Parker Waichman

    R.  Plaintiff's First Request for Production to Defendant Parker Waichman

    S.  Letters of Defense Counsel to Third Parties

3.  Defendant has not responded to any of the written interrogatories propounded to it, nor produced any documents except 21 pages that related to Plaintiff only.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 26, 2015

                              WILLIAMSON & WILLIAMS

                              /s/ Rob Williamson
                              Rob Williamson, WSBA #11387
                              Email: roblin@williamslaw.com
                              Kim Williams, WSBA #9077
                              Email: kim@williamslaw.com
                              2239 W. Viewmont Way W.
                              Seattle, WA  98199
                              Telephone: (206) 294-3085
                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2015, I electronically filed the foregoing document and it attachments with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who receive CM/ECF notification, and that the remaining parties shall be served in accordance with the Federal Rules of Civil Procedure.

Dated: March 26, 2015

                WILLIAMSON & WILLIAMS

/s/ Rob Williamson
Rob Williamson, WSBA #11387
Email: roblin@williamslaw.com
2239 W. Viewmont Way W.
Seattle, WA  98199
Telephone: (206) 294-3085

*Attorneys for Plaintiff*