# EXHIBIT C

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JANET HODGIN and ANNE-MARIE NEWBOLD,<br><br>Plaintiffs,<br><br>v.<br><br>PARKER WAICHMAN, LLC, et al.,<br><br>Defendant. | Case No. 3:14-cv-00733 CRS<br><br>**DECLARATION OF CUSTODIAN OF RECORDS OF FOREVER GREEN MARKETING LLC** |

I, ALAN SILVERSTEIN, a owner _____ at Forever Green Marketing LLC, am designated to address the Subpoena Duces Tecum ("Subpoena"), and declare as follows:

1. I was properly served with the Subpoena on DEC 2014.

2. A thorough review of all the files was then made to produce all documents requested in that Subpoena.

3. After conducting a complete review of our files, the documents produced represent a complete set of the documents requested. No documents, within the scope of the subpoena have been destroyed or withheld.

4. The requested records are being produced as they are kept in the normal course of business.

DECLARATION OF CUSTODIAN OF RECORDS OF
FOREVER GREEN MARKETING LLC- 1

WILLIAMSON & WILLIAMS
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206 466 6230 • FAX 206.535 7899
www.williamslaw.com

1  I hereby declare under penalty of perjury under the laws of the United States that the
2  foregoing is true to the best of my information and belief.
3      EXECUTED at __VISTA__, __CA__, this day of __MAR__ 2016.
           [City]         [State]

_[signature]_
Signature

ALAN SILVERSTEIN
Print Name

DECLARATION OF CUSTODIAN OF RECORDS OF
FOREVER GREEN MARKETING LLC - 2

WILLIAMSON & WILLIAMS
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL 206.466.8230 • FAX 206.535.7899
www.williamslaw.com