# EXHIBIT D

## Rob Williamson

| | |
|---|---|
| **From:** | ████████@YAHOO.COM <no-reply@weebly.com> |
| **Sent:** | Friday, November 15, 2013 1:05 PM |
| **To:** | bob@adsvalue.com |
| **Subject:** | New Form Entry: Forever Green Yaz® , Yasmin® and Ocella® Campaign {Call Clients Immediately Upon Receipt} |

You've just received a new submission to your Forever Green Yaz® , Yasmin® and Ocella® Campaign {Call Clients Immediately Upon Receipt}.

**Submitted Information:**

**Client Name**
SARAH ████

**How Client Was Confirmed**
Other (see comments)

**Phone**
████████

**Email**
████████████████

**Relation to injured person?**
Self

**Which birth control did you use?**
Yaz

**Have you or a loved one suffered a Deep Vein Thrombosis, Pulmonary Embolism, Blood Clot, Death, Heart Attack or Stroke? (Answer should be YES)**
Yes

1

**When did you use the drug? (Answer should be Before April 2012)**
Before April 2012

**Have you retained an attorney about your injuries? (Answer should be NO)**
No

**Best Time to Call**
ASAP

**Comments**
Blood clot verified by doctor. Tried to 3-way to PW but PW didn't answer. Unable to get Sarah back on line at this time but she has PW information and can expect a call from PW.