# EXHIBIT I

## Rob Williamson

**From:** ▇▇▇▇▇▇@yahoo.com <no-reply@weebly.com>
**Sent:** Monday, November 11, 2013 3:12 PM
**To:** bob@adsvalue.com
**Subject:** New Form Entry: Forever Green Yaz® , Yasmin® and Ocella® Campaign {Call Clients Immediately Upon Receipt}

You've just received a new submission to your Forever Green Yaz® , Yasmin® and Ocella® Campaign {Call Clients Immediately Upon Receipt}.

**Submitted Information:**

**Client Name**
Ferra ▇▇▇▇▇

**How Client Was Confirmed**
Called and Confirmed Phone Number

**Phone**
▇▇▇▇▇▇▇▇

**Email**
▇▇▇▇▇▇▇▇▇▇▇▇

**Relation to injured person?**
Self

**Which birth control did you use?**
Yasmin

**When did you use the drug?**
Before April 2012

1

**Have you or a loved one suffered a Deep Vein Thrombosis, Pulmonary Embolism, Blood Clot, Death, Heart Attack or Stroke?**
Yes

**Have you retained an attorney about your injuries?**
No

**Best Time to Call**
Mornings

**Comments**
Hard problem. (Left voicemail 11/11/13 11:15AM - no reply yet)

# Rob Williamson

**From:** Bob @ AdsValue <bob@adsvalue.com>
**Sent:** Wednesday, November 13, 2013 10:43 AM
**To:** gfalkowitz@yourlawyer.com
**Cc:** Alan Silverstein
**Subject:** Forever Green - Ferra ollow-up

Hi Gary:

Spoke to Yaz lead Ferra and she said she will call Parker Waichman right now.

Thank you for your assistance.

Sincerely,

Bob Bleau
Forever Green Marketing LLC
480-748-8041
bob@adsvalue.com

1