# EXHIBIT K

11/15/2013                    SARAH

Have a great day.  Thank you.

Bob Bleau
Forever Green Marketing LLC
480-748-8041
bob@adsvalue.com

---

**From:** Falkowitz, Gary P. [mailto:gfalkowitz@yourlawyer.com]
**Sent:** Friday, December 06, 2013 1:39 PM
**To:** 'Bob @ AdsValue'; davebynum@gmail.com; Alan Silverstein
**Cc:** Kappel, Danielle M.
**Subject:** RE: Forever Green - Update
**Importance:** High

Bob/Alan/Dave,

Any update on the Yaz leads?  Haven't seen any lately. As of now, we have not accepted any leads.

Just wanted to keep you in the loop.

Many thanks,

Gary

Gary P. Falkowitz
Managing Attorney
New Case Unit
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, New York 11050
516-723-4614
516-723-4714 Fax
www.yourlawyer.com
gfalkowitz@yourlawyer.com

================================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately.

All e-mail to Parker Waichman LLP or any individual thereat should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
================================================================