EXHIBIT P

# Rob Williamson

**From:** Falkowitz, Gary P. <gfalkowitz@yourlawyer.com>
**Sent:** Thursday, November 21, 2013 10:56 AM
**To:** 'Bob @ AdsValue'
**Subject:** RE: New Form Entry: Forever Green Yaz®, Yasmin® and Ocella® Campaign {Call Clients Immediately Upon Receipt}

Thanks.

Gary P. Falkowitz
Managing Attorney
New Case Unit
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, New York 11050
516-723-4614
516-723-4714 Fax
www.yourlawyer.com
gfalkowitz@yourlawyer.com

===========================================================

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately.

All e-mail to Parker Waichman LLP or any individual thereat should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.

===========================================================

**From:** Bob @ AdsValue [mailto:bob@adsvalue.com]
**Sent:** Thursday, November 21, 2013 1:53 PM
**To:** Falkowitz, Gary P.
**Subject:** RE: New Form Entry: Forever Green Yaz®, Yasmin® and Ocella® Campaign {Call Clients Immediately Upon Receipt}

Yes

---

**From:** Falkowitz, Gary P. [mailto:gfalkowitz@yourlawyer.com]
**Sent:** Thursday, November 21, 2013 11:45 AM
**To:** 'Bob @ AdsValue'
**Cc:** Ryan, Kelly; Kappel, Danielle M.
**Subject:** RE: New Form Entry: Forever Green Yaz®, Yasmin® and Ocella® Campaign {Call Clients Immediately Upon Receipt}

For all cases that you will be transferring, will you indicate as such in the bottom of the email ie., transferred successfully or transfer-in-process.

Gary P. Falkowitz
Managing Attorney
New Case Unit
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, New York 11050
516-723-4614
516-723-4714 Fax
www.yourlawyer.com
gfalkowitz@yourlawyer.com
================================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately.

All e-mail to Parker Waichman LLP or any individual thereat should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
================================================================

**From:** Bob @ AdsValue [mailto:bob@adsvalue.com]
**Sent:** Thursday, November 21, 2013 1:32 PM
**To:** Falkowitz, Gary P.
**Subject:** RE: New Form Entry: Forever Green Yaz®, Yasmin® and Ocella® Campaign {Call Clients Immediately Upon Receipt}

Yes – they are actually on the phone with your office right now

**From:** Falkowitz, Gary P. [mailto:gfalkowitz@yourlawyer.com]
**Sent:** Thursday, November 21, 2013 11:31 AM
**To:** Bob @ AdsValue (bob@adsvalue.com)
**Cc:** Ryan, Kelly; Kappel, Danielle M.
**Subject:** FW: New Form Entry: Forever Green Yaz®, Yasmin® and Ocella® Campaign {Call Clients Immediately Upon Receipt}

Bob,

It states 3-way transfer at the bottom – was this attempted to be transferred to my office?

Thanks.

Gary P. Falkowitz
Managing Attorney
New Case Unit
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, New York 11050
516-723-4614

516-723-4714 Fax
www.yourlawyer.com
gfalkowitz@yourlawyer.com
==========================================================

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately.

All e-mail to Parker Waichman LLP or any individual thereat should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
==========================================================

**From:** charissewooldridge@gmail.com [mailto:no-reply@weebly.com]
**Sent:** Thursday, November 21, 2013 1:28 PM
**To:** List Intake General
**Subject:** New Form Entry: Forever Green Yaz® , Yasmin® and Ocella® Campaign {Call Clients Immediately Upon Receipt}

You've just received a new submission to your Forever Green Yaz® , Yasmin® and Ocella® Campaign {Call Clients Immediately Upon Receipt}.

**Submitted Information:**

**Client Name**
Charisse ▮▮▮▮▮▮

**How Client Was Confirmed**
Other (see comments)

**Phone**
▮▮▮▮▮▮

**Email**
▮▮▮▮▮▮