EXHIBIT R

UNTITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

JANET HODGIN and ANNE-MARIE
NEWBOLD,

          Plaintiffs,

    v.

PARKER WAICHMAN, LLC, et al.,

          Defendant.

Case No. 3:14-cv-00733  CRS

**PLAINTIFF'S FIRST SET OF
REQUESTS FOR PRODUCTION
PROPOUNDED TO DEFENDANT**

TO:    DEFENDANT, PARKER WAICHMAN, and

TO:    ITS ATTORNEYS OF RECORD:

PLAINTIFF'S FIRST SET OF REQUESTS FOR
PRODUCTION PROPOUNDED TO DEFENDANT - 1
(Case No. 2:14-cv-00268 JCC)

WILLIAMSON & WILLIAMS
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.466.6230 • FAX 206.535.7899
www.williamslaw.com

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, plaintiff hereby requests that YOU produce for inspection and copying the documents and electronically stored information described herein, at the offices of GIVHAN & SPAINHOUR, PSC, Professional Building, Suite One, 200 South Buckman Street, Shepherdsville, KY 40165 within 30 days of the service of these requests on defendant.  In accordance with rule 34(b), defendant shall provide written responses to the following requests and shall produce the requested documents as they are kept in the ordinary and usual course of business or shall organize and label the documents to correspond with the categories in this request.

## I.    INSTRUCTIONS

1.      If Defendant withholds the production of any document which is responsive to the following requests on the grounds that the document is privileged or otherwise protected, Defendant shall state in a privilege log the nature of the claim of privilege or protection; and describe generally the type and nature of the document; the date of the document; the identity of the author(s), the addressees, and any recipients of the document; the document's present location; and any other information that will enable Plaintiff and the Court to assess the applicability of the privilege or protection.

2.      Unless otherwise indicated, these requests shall pertain to the time period beginning four years prior to the filing the Complaint in this matter to the present and shall include all documents and information that relate in whole or in part to such period, or to events or circumstances during such period, even though dated, prepared, generated, or received prior or subsequent to that period.

3.      All requests for computerized data are to be produced in a computer-readable format.

PLAINTIFF'S FIRST SET OF REQUESTS FOR
PRODUCTION PROPOUNDED TO DEFENDANT - 2
(Case No. 2:14-cv-00268 JCC)

**WILLIAMSON & WILLIAMS**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.466.6230 • FAX 206.535.7899
www.williamslaw.com

4.      Defendant is required to produce all the requested documents which are in its possession, custody or control, including (by way of illustration only and not limited to) documents in the possession, custody or control of Defendant or its affiliates, or its merged and acquired predecessors, its present and former directors, officers, partners, employees, accountants, attorneys or other agents, its present and former independent contractors over which it has control, and any other person acting on Defendant's behalf.

5.      If a DOCUMENT responsive to these requests was at any time in Defendant's possession, custody or control but is no longer available for production, as to each such DOCUMENT state the following information:

a.      Whether the DOCUMENT is missing or lost;

b.      Whether the DOCUMENT has been destroyed;

c.      Whether the DOCUMENT has been transferred or delivered to another PERSON and, if so, at whose request;

d.      Whether the DOCUMENT has been otherwise disposed of; and

e.      The circumstances surrounding the disposition of the DOCUMENT and the date of its disposition.

f.      Wherever the word "or" appears herein, the meaning intended is the logical inclusive "or," i.e., "and/or."

These Requests shall be deemed continuing so as to require seasonable supplemental responses as the Defendant or its attorneys obtain further information or materials from the time its answers are served until the time of trial.

## II.      DEFINITIONS

The definitions set forth in Plaintiff's First Interrogatories are incorporated herein.

PLAINTIFF'S FIRST SET OF REQUESTS FOR
PRODUCTION PROPOUNDED TO DEFENDANT - 3
(Case No. 2:14-cv-00268 JCC)

WILLIAMSON & WILLIAMS
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL 206.466.6230 • FAX 206.535.7899
www.williamslaw.com

1               **III.     REQUESTS FOR PRODUCTION**

2          **REQUEST FOR PRODUCTION NO. 1:**  Please produce all non-attorney-client-

3  privileged DOCUMENTS and/or ESI used to draft responses to Plaintiff's First Set of

4  Interrogatories Propounded to YOU.

5          **RESPONSE:**

6

7

8          **REQUEST FOR PRODUCTION NO. 2:**  Produce the written script(s) of any and all

9  SOLICITATIONS made by YOU or by THIRD PARTIES acting on YOUR behalf.

10         **RESPONSE:**

11

12

13        **REQUEST FOR PRODUCTION NO. 3:**  Please produce any lists, DATABASE(s),

14  DOCUMENTS, and/or ESI identifying or listing the names, addresses, telephone numbers, and

15  email addresses of PERSONS to whom the SOLICITATIONS were made, including historical

16  copies of any such DATABASE(s) or any other DOCUMENTS showing, or which can be used

17  in reconstructing, the history of any such DATABASE from four years before the filing of the

18  Complaint to the present.

19         **RESPONSE:**

20

21

22        **REQUEST FOR PRODUCTION NO. 4:**  Please produce any and all DOCUMENTS

23  and/or ESI referring or relating to any and all THIRD PARTIES or PERSONS that placed the

24  SOLICITATIONS to PLAINTIFF or any CLASS MEMBER.

25         **RESPONSE:**

26

27

**WILLIAMSON & WILLIAMS**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.466.6230 • FAX 206.535.7899
www.williamslaw.com

1

2

**REQUEST FOR PRODUCTION NO. 5:**  Please produce all DOCUMENTS and/or

3

ESI demonstrating that PLAINTIFF or any CLASS MEMBER gave prior express consent to

4

receive the SOLICITATIONS made to them by YOU or by any THIRD PARTY acting on

5

YOUR behalf.

**RESPONSE:**

6

7

8

9

**REQUEST FOR PRODUCTION NO. 6:**  Please produce all DOCUMENTS and/or

ESI demonstrating that PLAINTIFF or any CLASS MEMBER had an established business

10

relationship with YOU before receiving the SOLICITATIONS made to them by YOU, or any

11

THIRD PARTY acting on YOUR behalf.

12

**RESPONSE:**

13

14

15

16

**REQUEST FOR PRODUCTION NO. 7:**  Please produce all DOCUMENTS and/or

ESI evidencing any POLICIES governing contact with SUBSCRIBERS on their telephones via

17

AUTOMATED SOLICITATIONS, and a timeline indicating the periods during which each such

18

POLICIES were in effect.  DOCUMENTS and/or ESI responsive to this Request shall include

19

but not be limited to those POLICIES regarding:  (1) whether and how to verify that a

20

SUBSCRIBER provided consent to receive SOLICITATIONS; (2) the frequency with which

21

SOLICITATIONS shall occur; (3) the duration and content of each SOLICITATION; and (4) the

22

circumstances or reasons triggering the addition of a SUBSCRIBER'S name to the list of those

23

receiving SOLICITATIONS.

24

**RESPONSE:**

25

26

27

PLAINTIFF'S FIRST SET OF REQUESTS FOR
PRODUCTION PROPOUNDED TO DEFENDANT - 5
(Case No. 2:14-cv-00268 JCC)

**WILLIAMSON & WILLIAMS**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.466.6230 • FAX 206.535.7899
www.williamslaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**REQUEST FOR PRODUCTION NO. 8:**   Please produce copies of all marketing materials, business plans, memoranda, minutes, or other DOCUMENTS and/or ESI which reference the use of  VENDORS to contact with SUBSCRIBERS on YOUR behalf, whether by AUTOMATED CALLS, TEXT MESSAGES or direct telephone by a live caller in order to obtain leads or possible clients such as described in YOUR agreement with Forever Green Marketing or any other agreement with any other third party including any such materials directed to THIRD PARTIES identified in YOUR answer to Interrogatory No. 9.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 9:**   Please produce copies of all contracts or other DOCUMENTS and/or ESI referring or relating to any and all agreements between YOU and each THIRD PARTY identified in YOUR answer to Interrogatory No. 9.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 10:**  Please produce all DOCUMENTS and/or ESI referring or relating to any guidelines, scripts, software, outlines, manuals, instructions, POLICIES, and/or any other printed or electronic DOCUMENTS or ESI that YOU provided to any THIRD PARTIES identified in YOUR answer to Interrogatory No. 9 for use in such THIRD PARTIES' telemarketing activities on YOUR behalf.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 11:**  Please produce all DOCUMENTS and/or ESI referring or relating to the training YOU, or any PERSON and/or entity acting on YOUR behalf, provided to any THIRD PARTY identified in YOUR answer to Interrogatory No. 9

PLAINTIFF'S FIRST SET OF REQUESTS FOR
PRODUCTION PROPOUNDED TO DEFENDANT - 6
(Case No. 2:14-cv-00268 JCC)

**WILLIAMSON & WILLIAMS**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.466.6230 • FAX 206.535.7899
www.williamslaw.com

regarding techniques, methods, systems and/or procedures for the use of AUTOMATED CALLS to contact PLAINTIFF and/or CLASS MEMBERS.

    **RESPONSE:**

    **REQUEST FOR PRODUCTION NO. 12:** Please produce copies of all letters, emails, and other communication between YOU and each of the THIRD PARTIES identified in YOUR answer to Interrogatory No. 9 related to the SOLICITATIONS, and/or the use of SOLICITATIONS to call PLAINTIFF and/or CLASS MEMBERS.

    **RESPONSE:**

    **REQUEST FOR PRODUCTION NO. 13:** Please produce all DOCUMENTS and/or ESI in which a THIRD PARTY advised YOU of the date the SOLICITATIONS were made, the numbers and the area codes called, the names and addresses of the PERSONS and/or entities called, and/or any other information regarding the SOLICITATIONS.

    **RESPONSE:**

    **REQUEST FOR PRODUCTION NO. 14:** Please produce any and all lists and/or DATABASE(s) containing the names, addresses, telephone numbers and email addresses of all PERSONS known to have made complaints concerning SOLICITATIONS made to them by YOU or by any and all THIRD PARTIES on YOUR behalf, including but not limited to complaints to YOU by mail, email, or telephone; complaints submitted to any government agency; complaints submitted to any other organization such as the Better Business Bureau, Chamber of Commerce, or other consumer advice or protection organization; or any other organization of any kind.

PLAINTIFF'S FIRST SET OF REQUESTS FOR
PRODUCTION PROPOUNDED TO DEFENDANT - 7
(Case No. 2:14-cv-00268 JCC)

**WILLIAMSON & WILLIAMS**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL  206.466.6230 • FAX 206.535.7899
www.williamslaw.com

1

**RESPONSE:**

2

3

4

**REQUEST FOR PRODUCTION NO. 15:** Please produce all DOCUMENTS and/or

5

ESI, including but not limited to DATABASES, identifying or listing the names, addresses,

6

telephone numbers, and email addresses of PERSONS who requested that YOU or any THIRD

7

PARTY acting on YOUR behalf stop making SOLICITATIONS to them.

8

**RESPONSE:**

9

10

11

**REQUEST FOR PRODUCTION NO. 16:** Please produce all DOCUMENTS and/or

12

ESI constituting and/or referring to audits, investigations, inquiries, or studies, by YOU or any

13

THIRD PARTY, including but not limited to any independent auditor, law firm, or governmental

14

agency, regarding the compliance by YOU and/or any THIRD PARTY acting on YOUR behalf

15

with any state and/or federal laws or regulations involving the use of SOLICITATIONS.

16

**RESPONSE:**

17

18

19

**REQUEST FOR PRODUCTION NO. 17:** Please produce copies of all pleadings for

20

matters identified in YOUR answer to Interrogatory No. 14.

21

**RESPONSE:**

22

23

24

**REQUEST FOR PRODUCTION NO. 18:** Please produce all DOCUMENTS and/or

25

ESI relating to insurance coverage of the acts alleged by PLAINTIFF, including all

26

communications with any insurers, including, but not limited to, reservation of rights letters.

27

**RESPONSE:**

PLAINTIFF'S FIRST SET OF REQUESTS FOR
PRODUCTION PROPOUNDED TO DEFENDANT - 8
(Case No. 2:14-cv-00268 JCC)

**WILLIAMSON & WILLIAMS**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL 206.466.6230 • FAX 206.535.7899
www.williamslaw.com

**REQUEST FOR PRODUCTION NO. 19:** Please produce copies of indemnification agreements between YOU and any THIRD PARTY under which that THIRD PARTY might be responsible for satisfying all or part of a judgment that may be entered against YOU in this action.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 20:** Please produce all communications between YOU and any THIRD PARTY that may provide a defense or indemnity for YOU in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 21:** Please produce all DOCUMENTS and/or ESI referring or relating to the number of SUBSCRIBERS who received the SOLICITATIONS.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 22:** Please produce all DOCUMENTS and/or ESI referring or relating to the amount of revenue YOU garnered as a result of the SOLICITATIONS.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 23:** Please produce all DOCUMENTS and/or ESI that define or describe YOUR DOCUMENT and/or ESI retention, preservation, and/or

PLAINTIFF'S FIRST SET OF REQUESTS FOR
PRODUCTION PROPOUNDED TO DEFENDANT - 9
(Case No. 2:14-cv-00268 JCC)

**WILLIAMSON & WILLIAMS**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.466.6230 • FAX 206.535.7899
www.williamslaw.com

1   destruction POLICIES, including DOCUMENTS and/or ESI pertaining to contact with
2   SUBSCRIBERS.
3       **RESPONSE:**
4
5
6       **REQUEST FOR PRODUCTION NO. 24:** Please produce all DOCUMENTS and/or
7   ESI referring or relating to the purpose of the SOLICITATIONS.
8       **RESPONSE:**
9
10
11      **REQUEST FOR PRODUCTION NO. 25:** Please produce all DOCUMENTS and/or
12  ESI referring or relating to the sources of the telephone numbers to whom the SOLICITATIONS
13  were made, including but not limited to DOCUMENTS and/or ESI describing the manner in
14  which the telephone numbers were compiled and/or acquired and who compiled them.
15      **RESPONSE:**
16
17
18      **REQUEST FOR PRODUCTION NO. 26:** Please produce DOCUMENTS and/or ESI
19  sufficient to IDENTIFY YOUR shareholders, owners, members, and/or partners from four years
20  prior to the filing of this Complaint to the present.
21      **RESPONSE:**
22
23
24      **REQUEST FOR PRODUCTION NO. 27:** Please produce all DOCUMENTS and/or
25  ESI referring or relating to YOUR use of websites or other online portals to obtain information
26  on SUBSCRIBERS for purposes of making the SOLICITATIONS.
27      **RESPONSE:**

PLAINTIFF'S FIRST SET OF REQUESTS FOR
PRODUCTION PROPOUNDED TO DEFENDANT - 10
(Case No. 2:14-cv-00268 JCC)

1

2

3

**REQUEST FOR PRODUCTION NO. 28:** Please produce all DOCUMENTS and/or

4

ESI identified in or related to YOUR answers to PLAINTIFF'S interrogatories that have not

5

been provided in response to the preceding requests for production.

6

**RESPONSE:**

7

8

9

DATED this _____ day of March, 2015.

10

11

WILLIAMSON & WILLIAMS

12

/s/ Rob Williamson, WSBA #11387

13

Rob Williamson, WSBA #11387
Email:  roblin@williamslaw.com

14

Kim Williams, WSBA #9077
Email:  kim@williamslaw.com

15

936 North 34th Street, Suite 300
Seattle, Washington  98103-8869

16

Telephone:  (206) 446-6230
Facsimile:  (206) 535-7899

17

18

*Attorneys for Plaintiff and the Proposed Class*

19

20

21

22

23

24

25

26

27

PLAINTIFF'S FIRST SET OF REQUESTS FOR
PRODUCTION PROPOUNDED TO DEFENDANT - 11
(Case No. 2:14-cv-00268 JCC)

**WILLIAMSON & WILLIAMS**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.466.6230 • FAX 206.535.7899
www.williamslaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## CERTIFICATION OF ATTORNEY

I am the attorney for Defendant PARKER WAICHMAN in this matter, and I hereby certify that I have read the foregoing Plaintiff's First Set of Requests for Production Propounded to Defendant, and the Responses thereto, and believe that the same are in compliance with Civil Rule 26(g).

DATED this _____ day of _____, 2014.

By: _____

*Attorney for Defendant*

**WILLIAMSON & WILLIAMS**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.466.6230 • FAX 206.535.7899
www.williamslaw.com

1

**VERIFICATION**

2

STATE OF _____          )

3
                                        ) ss.

4    COUNTY OF _____          )

5

6       I, _____, having been first duly sworn on oath, depose

and say:  I am the _____ of Defendant PARKER WAICHMAN LLP; I

7    have read the within and foregoing Responses to Requests for Production, know the contents

8    thereof, and believe the same to be true and correct.

9

10                                              By: _____

11

12
        SUBSCRIBED AND SWORN to before me this _____ day of _____, 2014.

13

14

15

16                                              _____

17                                              (Printed Name) _____

18                                              NOTARY PUBLIC in and for the State of

19                                              _____ residing at _____

20                                              My Commission Expires:_____

21

22

23

24

25

26

27

PLAINTIFF'S FIRST SET OF REQUESTS FOR
PRODUCTION PROPOUNDED TO DEFENDANT - 13
(Case No. 2:14-cv-00268 JCC)

**WILLIAMSON & WILLIAMS**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.466.6230 • FAX 206.535.7899
www.williamslaw.com