UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ANNE-MARIE NEWBOLD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 3:14-CV-00733-DJH ) |
| PARKER WAICHMAN, LLP, *et al.*, | ) *Electronically Filed* ) |
| Defendants. | ) ) |

**Agreed Order Withdrawing Parker Waichman, LLP's Motion to Quash Plaintiff's Subpoenas to Powers Marketing LLC, Cyber Controller, Inc. and Maxxium Legal Center**

Plaintiff, Anne-Marie Newbold ("Plaintiff"), and the Defendant, Parker Waichman, LLP ("Defendant"), by and through their respective counsel, hereby stipulate to the following, subject to the approval of the Court,

1. Plaintiff's subpoenas to Powers Marketing, LLC [*DK#58*], Cyber Controller, Inc. [*DK#59*], and Maxxium Legal Center [*DK#60; DK#61*] (collectively, the "Subpoenas") were never served, and were withdrawn and cancelled on March 13, 2015.

2. PW's Motion to Quash Plaintiff's Subpoenas to Powers Marketing LLC, Cyber Controller, Inc. and Maxxium Legal Center [*DK#64-65*] (the "Motion To Quash") is remanded as moot.

3. The parties shall bear their own costs and expenses, including attorneys' fees, concerning the issuance of the Subpoenas, the Motion To Quash, and the preparation and filing of this agreed order.

AGREED AND APPROVED FOR ENTRY:

  /s/ Roblin J. Williamson (*with permission*)
Roblin J. Williamson
roblin@williamslaw.com
WILLIAMSON & WILLIAMS
936 N. 34th Street, Suite 300
Seattle, WA  98103
Tel. (206) 466-6230
Fax (206) 535-7899
*Co-Counsel for Plaintiff, Anne-Marie Newbold*

John E. Spainhour
jspainhour@gsatty.net
GIVHAN & SPAINHOUR, P.S.C
200 S. Buckman Street, Suite One
Shepherdsville, KY  40165
Tel. (502) 543-2218
Fax (502) 955-7000
*Co-Counsel for Plaintiff, Anne-Marie Newbold*

  /s/ Corinne C. Heggie
Corinne C. Heggie
cheggie@hinslaw.com
David M. Schultz
dschultz@hinslaw.com
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
Tel. (312) 704-3000
Fax (312) 704-3001
*Co-Counsel for Defendant, Parker Waichman, LLP*

M. Thurman Senn
mts@morganandpottinger.com
MORGAN & POTTINGER, P.S.C.
601 W. Main Street
Louisville, KY  40202
Tel. (502) 589-2780
Fax (502) 585-3498
*Co-Counsel for Defendant, Parker Waichman, LLP*