UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| ANNE-MARIE NEWBOLD<br>PLAINTIFF, | ) )<br>) | |
| v. | ) )<br>) | ACTION NO 3:14CV-733-DJH<br>*Electronically Filed* |
| PARKER WAICHMAN LLP et al<br>DEFENDANT. | ) )<br>) | |

## NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that the undersigned attorneys will be unavailable from February 2, 2018 through February 27, 2018 and request that no motions, discovery requests or other pleadings that require a response be served on the undersigned during that time period.

The undersigned further request the Clerk of the Court transmit this information whenever any motion or other matter is set within the time period to inform the Court of the filing of this Notice.

Respectfully submitted,

/s/ Kim Williams
/s/ Rob Williamson
Rob Williamson, WSBA #26759
Kim Williams, WSBA #9077
WILLIAMSON & Williams
2239 West Viewmont Way West
Seattle, Washington 98199
Tel: (206) 294-3085
Email: roblin@williamslaw.com
kim@williamslaw.com

### CERTIFICATE OF SERVICE

I certify that on January 30, 2018, I electronically filed this document through the Court's ECF system, which will send a notice of electronic filing to all counsel designated to receive electronic notice in this case.

/s/ Rob Williamson